UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
WICHITA DIVISION

In re: WEBSTER, PAULA J    § Case No. 10-12465
                           §
                           §
Debtor(s)                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 21, 2010. The undersigned trustee was appointed on July 21, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         8,310.29

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                        0.00
   Administrative expenses                                   1,996.31
   Bank service fees                                           281.71
   Other payments to creditors                                   0.00
   Non-estate funds paid to 3rd Parties                          0.00
   Exemptions paid to the debtor                                 0.00
   Other payments to the debtor                                  0.00

   Leaving a balance on hand of [1]            $         6,032.27

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/10/2010 and the deadline for filing governmental claims was 03/10/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,581.03. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,581.03, for a total compensation of $1,581.03.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $416.22, for total expenses of $416.22.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/18/2013    By: /s/Carl B. Davis
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-12465  
**Case Name:** WEBSTER, PAULA J  

**Period Ending:** 01/18/13

**Trustee:** (360110) Carl B. Davis  
**Filed (f) or Converted (c):** 07/21/10 (f)  
**§341(a) Meeting Date:** 08/17/10  
**Claims Bar Date:** 12/10/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Rent- 5443 S Osage, Wichita, KS 67217  (See Footnote) | 6,000.00 | 6,000.00 |  | 8,310.00 | FA |
| 2 | REAL PROPERTY<br>    5443 S Osage, Wichita, KS | 93,000.00 | 3,960.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>    Checking-Central Bank & Trust | 45.00 | 45.00 | DA | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>    Checking-Conway Bank | 26.00 | 26.00 | DA | 0.00 | FA |
| 5 | BANK ACCOUNTS<br>    Checking-Fidelity Bank | 35.00 | 35.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | FURS AND JEWELRY | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES<br>    Term Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | AUTOMOBILES & OTHER VEHICLES<br>    2008 Nissan Rogue | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | TAX REFUNDS-2010  (u)<br>    OWED FEDERAL- STATE WAS MINIMAL | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.29 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | **$132,106.00** | **$10,066.00** |  | **$8,310.29** | **$0.00** |

RE PROP# 1    Sold at Sheriff's Sale 10/12/11.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011    **Current Projected Date Of Final Report (TFR):**    June 30, 2012

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-12465  
**Case Name:** WEBSTER, PAULA J

**Taxpayer ID #:** **-***5596  
**Period Ending:** 01/18/13

**Trustee:** Carl B. Davis (360110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****770865 - Checking Account  
**Blanket Bond:** $27,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 6,032.27 | | 6,032.27 |
| | | | **ACCOUNT TOTALS** | | **6,032.27** | **0.00** | **$6,032.27** |
| | | | Less: Bank Transfers | | 6,032.27 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Case 10-12465    Doc# 56    Filed 04/15/13    Page 4 of 12    Printed: 01/18/2013 11:24 AM    V.13.11

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-12465 | | Trustee: | Carl B. Davis (360110) |
|---|---|---|---|---|
| Case Name: | WEBSTER, PAULA J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******75-65 - Checking Account |
| Taxpayer ID #: | **-***5596 | | Blanket Bond: | $27,000,000.00 (per case limit) |
| Period Ending: | 01/18/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/10 | | SEI Residential, Inc. | Rent-5443 S Osage, Wichita, KS (from existing tenant) | | 517.50 | | 517.50 |
| | {1} | Rent | Acct #1; Payment #Aug '10           575.00 | 1122-000 | | | 517.50 |
| | | SEI Residential, Inc. | 10% fee                                              -57.50 | 3991-000 | | | 517.50 |
| 12/27/10 | | SEI Residential, Inc. | Rent-5443 S Osage, Wichita, KS | | 758.00 | | 1,275.50 |
| | {1} | Rent | Acct #1; Payment #1-1st & last mo's (First-October)  595.00 | 1122-000 | | | 1,275.50 |
| | {1} | Rent | Acct #1; Payment #1-1st & last mo's (last)          595.00 | 1122-000 | | | 1,275.50 |
| | | SEI Residential, Inc. | Expenses: Lock change                  -75.00 | 3992-000 | | | 1,275.50 |
| | | SEI Residential, Inc. | Mngmnt fee                              -59.50 | 3991-000 | | | 1,275.50 |
| | | SEI Residential, Inc. | 1/2 of first month's rent              -297.50 | 3991-000 | | | 1,275.50 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,275.51 |
| 02/28/11 | | SEI Residential, Inc. | Rent-5443 S Osage, Wichita, KS | | 758.00 | | 2,033.51 |
| | {1} | Rent | Acct #1; Payment #2-Nov '10            595.00 | 1122-000 | | | 2,033.51 |
| | {1} | Rent | Acct #1; Payment #3-Dec '10            595.00 | 1122-000 | | | 2,033.51 |
| | | SEI Residential, Inc. | Expenses: replaced lights in basement  -75.00 | 3992-000 | | | 2,033.51 |
| | | SEI Residential, Inc. | 10% fee (should have been $119.00; see 8/29/12, entry for correction)  -59.50 | 3991-000 | | | 2,033.51 |
| | | SEI Residential, Inc. | 1/2 of first months rent (refunded 8/29/12, less undercharge of $59.50)  -297.50 | 3991-000 | | | 2,033.51 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,033.52 |
| 04/27/11 | | SEI Residential, Inc. | Rent-5443 S Osage, Wichita, KS | | 395.50 | | 2,429.02 |
| | {1} | Rent | Acct #1; Payment #4-Jan ;11            595.00 | 1122-000 | | | 2,429.02 |
| | | SEI Residential, Inc. | Expenses: remaining due for utilities totalling $215.05.  -140.00 | 3992-000 | | | 2,429.02 |
| | | SEI Residential, Inc. | 10% mgmt fees                          -59.50 | 3991-000 | | | 2,429.02 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,429.03 |

Subtotals :  $2,429.03   $0.00

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-12465  
**Case Name:** WEBSTER, PAULA J  

**Taxpayer ID #:** **-***5596  
**Period Ending:** 01/18/13  

**Trustee:** Carl B. Davis (360110)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-65 - Checking Account  
**Blanket Bond:** $27,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 2,429.04 |
| 06/15/11 | | SEI Residential, Inc. | Rent-5443 S Osage, Wichita, KS | | | 1,071.00 | | 3,500.04 |
| | {1} | Rent | Acct #1; Payment #5-<br>Feb '11 | 595.00 | 1122-000 | | | 3,500.04 |
| | {1} | Rent | Acct #1; Payment #6-<br>March '11 | 595.00 | 1122-000 | | | 3,500.04 |
| | | SEI Residential, Inc. | mgmt fee | -119.00 | 3991-000 | | | 3,500.04 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.02 | | 3,500.06 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.02 | | 3,500.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 6.71 | 3,493.37 |
| 08/10/11 | | SEI Residential, Inc. | Rent-5443 S Osage, Wichita, KS | | | 1,071.00 | | 4,564.37 |
| | {1} | Rent | Acct #1; Payment #7-<br>April '11; April rent | 595.00 | 1122-000 | | | 4,564.37 |
| | {1} | Rent | Acct #1; Payment #8-<br>May'11; May rent | 595.00 | 1122-000 | | | 4,564.37 |
| | | SEI Residential, Inc. | 10% mgmt fee | -119.00 | 3991-000 | | | 4,564.37 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 4,564.40 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,539.40 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 4,539.43 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,514.43 |
| 10/26/11 | | SEI Residential, Inc. | Rent-5443 S Osage, Wichita, KS | | | 1,071.00 | | 5,585.43 |
| | {1} | Rent | Acct #1; Payment<br>#9-June '11 | 595.00 | 1122-000 | | | 5,585.43 |
| | {1} | Rent | Acct #1; Payment<br>#10-July | 595.00 | 1122-000 | | | 5,585.43 |
| | | SEI Residential, Inc. | 10% fee | -119.00 | 3991-000 | | | 5,585.43 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 5,585.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,560.46 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 5,560.50 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,535.50 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.04 | | 5,535.54 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,510.54 |
| 01/23/12 | | SEI Residential, Inc. | Rent-5443 S Osage, Wichita, KS | | | 763.69 | | 6,274.23 |
| | {1} | Rent | Acct #1; Payment<br>#11-Aug '11 | 595.00 | 1122-000 | | | 6,274.23 |
| | {1} | Rent | Acct #1; Payment<br>#12-Sep '11 | 595.00 | 1122-000 | | | 6,274.23 |

Subtotals : $3,976.91    $131.71

{} Asset reference(s)

Case 10-12465    Doc# 56    Filed 04/15/13    Page 6 of 12

Printed: 01/18/2013 11:24 AM    V.13.11

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-12465  
**Case Name:** WEBSTER, PAULA J  

**Taxpayer ID #:** **-***5596  
**Period Ending:** 01/18/13  

**Trustee:** Carl B. Davis (360110)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-65 - Checking Account  
**Blanket Bond:** $27,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | SEI Residential, Inc. | Expenses: replace fluid master & minimum charge roof repair; repair garage door.   -307.31 | 3992-000 | | | 6,274.23 |
| | | SEI Residential, Inc. | 10% mgmt fee   -119.00 | 3991-000 | | | 6,274.23 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,274.27 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,249.27 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,224.27 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,199.27 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,174.27 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,149.27 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,124.27 |
| 08/29/12 | | SEI Residential, Inc. | Refund of management fee (incorrectly deducted 1/2 of 1st months rent less 10% mgmt fee on 11/1/10-12-31-10, split) | 3991-000 | | -238.00 | 6,362.27 |
| 11/26/12 | 1001 | Kansas Fidicuary Tax | 2011 Fiduciary Taxes (Form K-41); Year end 9/30/12; TIN 38-6935596. | 2820-000 | | 330.00 | 6,032.27 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001036011088 20130103 | 9999-000 | | 6,032.27 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,405.98 | 6,405.98 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,032.27 | |
| | | | **Subtotal** | | 6,405.98 | 373.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,405.98** | **$373.71** | |

```
        Net Receipts :         6,405.98
Plus Gross Adjustments :       1,904.31
                              _____
          Net Estate :        $8,310.29
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****770865** | 0.00 | 0.00 | 6,032.27 |
| **Checking # 9200-******75-65** | 6,405.98 | 373.71 | 0.00 |
| | **$6,405.98** | **$373.71** | **$6,032.27** |

{} Asset reference(s)

# Exhibit C- Claims Register

## Case: 10-12465    WEBSTER, PAULA J

Claims Bar Date:  12/10/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Carl B. Davis<br>2121 W. Maple<br>P. O. Box 12686<br>Wichita, KS 67277-2686<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>07/21/10 |  | $1,581.03<br>$1,581.03 | $0.00 | $1,581.03 |
|  | Carl B. Davis<br>2121 W. Maple<br>P. O. Box 12686<br>Wichita, KS 67277-2686<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>07/21/10 |  | $416.22<br>$416.22 | $0.00 | $416.22 |
| 1 -1 | Central Bank & Trust Co<br>PO Box 9110<br><br>Wichita, KS 67277-9899<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/20/10 | 3214<br><br>--------------------------------------------------------------------<br>Schedule F Account: 0084 | $1,028.52<br>$1,028.52 | $0.00 | $1,028.52 |
| 2 -1 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/26/10 | 0763 | $470.05<br>$470.05 | $0.00 | $470.05 |
| 3 -1 | Capital One Bank USA NA<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/01/10 | 6404/ 2565<br><br>--------------------------------------------------------------------<br>Schedule F Account: 6404 | $1,520.40<br>$1,520.40 | $0.00 | $1,520.40 |
| 4 -1 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave Suite 1120<br><br>Miami, FL 33131-1605<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/06/10 | 8515<br>(JCPENNEY<br>CREDIT SVC<br><br>Transfer of claim filed 1/17/13.<br>--------------------------------------------------------------------<br>Schedule F Account: 5151 | $539.31<br>$539.31 | $0.00 | $539.31 |
| 5 -1 | Capital One NA<br>Bass and Associates PC<br>3936 E Ft Lowell Road suite 200<br><br>Tucson, AZ 85712<br><7200-00   Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>06/11/12 | 9400 (BEST<br>BUY CO.,INC)<br><br>HSBC | $849.52<br>$849.52 | $0.00 | $849.52 |

# Exhibit C- Claims Register

## Case: 10-12465  WEBSTER, PAULA J

Claims Bar Date: 12/10/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 -1 | Portfolio Recovery Associates, LLC<br>POB 12914<br><br>Norfolk, VA 23541<br><7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | Unsecured<br>06/11/12 | 9550<br>(BENEFICIAL KS,INC.)<br><br>HSBC CONSUMER LENDING (USA) INC | $10,193.68<br>$10,193.68 | $0.00 | $10,193.68 |
| EXP-1 | SEI Residential, Inc.<br>7804 E. Funston, Ste. 209<br>Wichita, KS 67207<br><3992-00 Other Professional Expenses>, 200 | Admin Ch. 7<br>07/21/10 | | $597.31<br>$597.31 | $597.31 | $0.00 |
| FEE-1 | SEI Residential, Inc.<br>7804 E. Funston, Ste. 209<br>Wichita, KS 67207<br><3991-00 Other Professional Fees>, 200 | Admin Ch. 7<br>07/21/10 | | $1,069.00<br>$1,069.00 | $1,069.00 | $0.00 |
| KSFIDTR-1 | Kansas Fidicuary Tax<br>Kansas Department of Revenue<br>915 SW Harrison St<br><br>Topeka, KS 66699-3000<br><2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7<br>07/21/10 | YR END 9/30/12;38-6935 596<br><br>Per 11/7/12, Order. | $330.00<br>$330.00 | $330.00 | $0.00 |
| ACCTNTFE-1 | Edw M Plopa & Associates LC<br>7701 E Kellogg, Suite 550<br><br>Wichita, KS 67207-1770<br><3410-00 Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>07/21/10 | ACCOUNTANT FEES | $910.50<br>$910.50 | $0.00 | $910.50 |
| ATTYFEES-1 | Davis & Jack, L.L.C.<br>2121 W. Maple<br>POB 12686<br>Wichita, KS 67277-2686<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 203 | Admin Ch. 7<br>07/21/10 | | $682.00<br>$682.00 | $0.00 | $682.00 |
| | | | **Case Total:** | | **$1,996.31** | **$18,191.23** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-12465
Case Name: WEBSTER, PAULA J
Trustee Name: Carl B. Davis

**Balance on hand:** $ 6,032.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 6,032.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Carl B. Davis | 1,581.03 | 0.00 | 1,581.03 |
| Trustee, Expenses - Carl B. Davis | 416.22 | 0.00 | 416.22 |
| Attorney for Trustee, Fees - Davis & Jack, L.L.C. | 682.00 | 0.00 | 682.00 |
| Accountant for Trustee, Fees - Edw M Plopa & Associates LC | 910.50 | 0.00 | 910.50 |
| Other Fees: SEI Residential, Inc. | 1,069.00 | 1,069.00 | 0.00 |
| Other Expenses: Kansas Fidicuary Tax | 330.00 | 330.00 | 0.00 |
| Other Expenses: SEI Residential, Inc. | 597.31 | 597.31 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 3,589.75
Remaining balance: $ 2,442.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,442.52

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

| | | | |
|---|---:|---|---:|
| Total to be paid for priority claims: | $ 0.00 | Remaining balance: | $ 2,442.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,558.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 68.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 -1 | Central Bank & Trust Co | 1,028.52 | 0.00 | 706.01 |
| 2 -1 | Chase Bank USA, N.A. | 470.05 | 0.00 | 322.66 |
| 3 -1 | Capital One Bank USA NA | 1,520.40 | 0.00 | 1,043.65 |
| 4 -1 | Midland Funding LLC | 539.31 | 0.00 | 370.20 |

| | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 2,442.52 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 11,043.20 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 5 -1 | Capital One NA | 849.52 | 0.00 | 0.00 |
| 6 -1 | Portfolio Recovery Associates, LLC | 10,193.68 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**